[No. 12269-3-II. Division Two. September 8, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS GORDON BALDWIN, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88-1-00216-6, Alan R. Hallowell, J., entered September 15, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 21386-5-I. Division One. September 11, 1989.]

KAROL FRINDRICH, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 86-2-25728-4, Frank D. Howard, J., entered October 23, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Winsor, J.

[No. 20820-9-I. Division One. September 11, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD J. McGILL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-03841-4, Anthony P. Wartnik, J., entered August 7, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, C.J., and Grosse, J.